

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. PD-1316-14

**GEORGE ANTHONY THURSTON, Appellant**

**v.**

**THE STATE OF TEXAS**

### ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW
### FROM THE SECOND COURT OF APPEALS
### TARRANT COUNTY

PER CURIAM. KELLER, P.J., filed a concurring opinion in which JOHNSON and RICHARDSON, JJ., joined.

## O P I N I O N

We granted appellant's petition for discretionary review to determine the definition of "pending" in Penal Code § 37.09(a)(1), the tampering with evidence statute. Having examined the record and briefs, we conclude that our decision to grant review was improvident. We therefore dismiss appellant's petition for discretionary review as improvidently granted.

Delivered: July 1, 2015
Publish